841 A.2d 120

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondents

v.

Timothy KRUTH, Petitioner.

Supreme Court of Pennsylvania.

Jan. 22, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 22nd day of January, 2004, the Petition for Allowance of Appeal is hereby **GRANTED,** and the case is remanded to the Commonwealth Court for consideration of this Court's decision in *McKinley v. Commonwealth, Dept. of Transp., Bureau of Driver Licensing,* 576 Pa. 85, 838 A.2d 700, 2003 WL 22971264, (Pa.2003).